No. 75–409. FINKBEINER v. MATTOX. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma*

*pauperis* granted.   Certiorari denied.